UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROOKE OXENDINE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> THE COOPER COMPANIES, INC., et al., <br><br> Defendants. | Case No. 24-cv-02168-JD <br><br> **SUA SPONTE JUDICIAL REFERRAL TO DETERMINE WHETHER CASES ARE RELATED** |

The Court refers this case to the Honorable Jon S. Tigar to determine whether it is related to *F. v. CooperSurgical, Inc.*, 24-cv-00643-JST.  Civil L.R. 3-12(c).

**IT IS SO ORDERED.**

Dated: May 2, 2024

JAMES DONATO
United States District Judge